Michael D. Rawlins
Nevada Bar No. 5467
**SMITH & SHAPIRO, PLLC**
333 East Serene Avenue, Suite 130
Henderson, Nevada 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
Email: mrawlins@smithshapiro.com

*Attorneys for Defendant R.C. Willey Home Furnishings, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY PENTLAND,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC and R.C. WILLEY HOME FURNISHINGS;<br><br>Defendants. | CASE NO.: 2:18-CV-00874-JAD-NJK<br><br>**STIPULATION & ORDER FOR EXTENSION OF TIME FOR R.C. WILLEY TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT 15 § 1681, ET. SEQ.**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED, by and between the undersigned counsel, that Defendant R.C. Willey Home Furnishings, Inc. ("RC Willey") shall have until Friday, June 15th, 2018, to file and serve its response to *Plaintiff's Complaint for Damages Pursuant to the Fair Debt Collection Practices Act 15 § 1681, Et. Seq*. Under F.R.C.P. 12 (a), that response would normally be due June 7th, 2018.

////
////
////
////
////
////
////
////

1

Counsel for RC Willey has just been retained and needs additional time to discuss this matter with his client and formulate a response. The parties agree this Stipulation is being submitted in good faith and not for purposes of delay, and that this Stipulation is made in accordance with Local Rule 7-1 and for good cause.

Dated this 5th day of June, 2018.

**SMITH & SHAPIRO, PLLC**

By: /s/ *Michael D. Rawlins*
Michael D. Rawlins
Nevada Bar No. 5467

*Attorneys for R.C. Willey Home Furnishings, Inc.*

Dated this 5th day of June, 2018.

**HAINES & KRIEGER, LLC**

By: /s/ *David H. Krieger*
David H. Krieger
Nevada Bar No. 9086

*Attorneys for Plaintiff*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2018